United States District Court
Southern District of Texas
**ENTERED**
February 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS A. HENNIGAR, individually and on behalf of all others similarly situated, | § § § § | |
| PLAINTIFF, | § § | DOCKET NO. 4:20-CV-01209 |
| V. | § § | JURY TRIAL DEMANDED |
| TARGA RESOURCES CORP., | § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| DEFENDANT. | § § § § | |

## ORDER

The Court has considered the Parties' Joint Motion for Approval of Settlement and all applicable law and facts. The Court hereby **GRANTS** the Motion.

**IT IS FURTHER ORDERED** that the FLSA settlement is approved, including all terms set forth in the Settlement Agreement.

**IT IS FURTHER ORDERED** that the Parties are allowed to file the Settlement Agreement under seal.

**IT IS FURTHER ORDERED** that the case is dismissed with prejudice, each party to bear their own costs and fees except as stated in the Settlement Agreement. The Court retains jurisdiction to enforce the Settlement Agreement.

\_\_February 9, 2022_____   _____
    DATE                                     JUDGE GRAY H. MILLER
                                         UNITED STATES DISTRICT JUDGE